**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1331**

---

JAMES ANDREW HEGEDUS; VIRGINIA ELLEN HEGEDUS,

Plaintiffs - Appellants,

v.

US BANK NATIONAL ASSOCIATION, not in its individual capacity, but solely as Trustee for NRZ Pass Thru Trust IX,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Michael F. Urbanski, Senior District Judge.  (5:23-cv-00017-MFU)

---

Submitted:  May 15, 2025                                    Decided:  May 19, 2025

---

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James Andrew Hegedus and Virginia Ellen Hegedus, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Andrew Hegedus and Virginia Ellen Hegedus appeal the district court's order denying as moot U.S. Bank National Association's ("U.S. Bank") motion asking the court to impose a prefiling injunction. Because the district court's decision was in favor of the Hegeduses, we dismiss this portion of their appeal. *See HCA Health Servs. of Va. v. Metro. Life Ins. Co.*, 957 F.2d 120, 123 (4th Cir. 1992) ("Generally, a prevailing party is not aggrieved by the judgment" and therefore lacks standing to appeal).

To the extent that the Hegeduses seek to appeal from the bankruptcy court's order dismissing the adversary proceeding they filed in the bankruptcy court against U.S. Bank, we do not have jurisdiction to review this order. Rather, unless a bankruptcy court order is certified for direct appeal to the circuit court of appeals pursuant to 28 U.S.C. § 158(d)(2), appeals from bankruptcy court orders are to the district court,[*] *see* 28 U.S.C. § 158(a) (providing that district courts have jurisdiction to hear appeals from bankruptcy court orders). Because the Hegeduses did not appeal from the bankruptcy court's order dismissing their complaint and did not seek certification of the appeal to this court, we lack jurisdiction to address their challenges to the propriety of that order.

Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Such an appeal must be noted within 14 days of the entry of the order. Fed. R. Bankr. P. 8002(a).

2